IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL J. HICKS,

      Plaintiff,                      No. CIV S-08-0511 GEB KJM P

      vs.

DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION,

      Defendant.                   ORDER

_____/

         Plaintiff is a state prisoner proceeding pro se. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983 and has requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. This proceeding was referred to this court by Local Rule 72-302 pursuant to 28 U.S.C. § 636(b)(1).

         Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a). Accordingly, the request to proceed in forma pauperis will be granted.

         Plaintiff is required to pay the statutory filing fee of $350.00 for this action. 28 U.S.C. §§ 1914(a), 1915(b)(1). Plaintiff has been without funds for six months and is currently without funds. Accordingly, the court will not assess an initial partial filing fee. 28 U.S.C. § 1915(b)(1). Plaintiff is obligated to make monthly payments of twenty percent of the

1

1  preceding month's income credited to plaintiff's prison trust account.  These payments shall be

2  collected and forwarded by the appropriate agency to the Clerk of the Court each time the

3  amount in plaintiff's account exceeds $10.00, until the filing fee is paid in full.  28 U.S.C.

4  § 1915(b)(2).

5        Plaintiff's complaint states a cognizable claim for relief pursuant to 42 U.S.C.

6  § 1983 and 28 U.S.C. § 1915A(b).  If the allegations of the complaint are proven, plaintiff has a

7  reasonable opportunity to prevail on the merits of his Eighth Amendment claim.

8        In accordance with the above, IT IS HEREBY ORDERED that:

9        1.  Plaintiff's request for leave to proceed in forma pauperis is granted.

10       2.  Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action.

11 The fee shall be collected and paid in accordance with this court's order to the Director of the

12 California Department of Corrections and Rehabilitation filed concurrently herewith.

13       3.  Service is appropriate for the Director of the California Department of

14 Corrections and Rehabilitation.

15       4.  The Clerk of the Court shall send plaintiff one USM-285 form, one summons,

16 an instruction sheet and a copy of the complaint filed March 6, 2008.

17       5.  Within thirty days from the date of this order, plaintiff shall complete the

18 attached Notice of Submission of Documents and submit the following documents to the court:

19       a.  The completed Notice of Submission of Documents;

20       b.  One completed summons;

21       c.  One completed USM-285 form; and

22       d.  Two copies of the endorsed complaint filed March 6, 2008.

23       6.  Plaintiff need not attempt service and need not request waiver of service.

24 Upon receipt of the above-described documents, the court will direct the United States

25 /////

26 /////

1 | Marshal to serve the above-named defendant pursuant to Federal Rule of Civil Procedure 4
2 | without payment of costs.
3 | DATED: June 4, 2008.

_____
U.S. MAGISTRATE JUDGE

1
hick0511.1(3.6.08)

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL J. HICKS,

      Plaintiff,

vs.

CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION,

      Defendants.
_____/

No. CIV-S-08-0511 GEB KJM P

NOTICE OF SUBMISSION
OF DOCUMENTS

      Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

    ____ completed summons form

    ____ completed USM-285 forms

    ____ copies of the _____
                      Complaint

DATED:

_____
Plaintiff