IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL J. HICKS,

      Plaintiff,                      No. CIV S-08-0511 GEB KJM P

      vs.

DIRECTOR, CALIFORNIA
DEPARTMENT OF CORRECTIONS
AND REHABILITATION,

      Defendants.                ORDER

                                   /

          Plaintiff is a prisoner who is proceeding pro se and in forma pauperis. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983.

          On June 23, 2008, the court ordered the United States Marshal to serve the complaint on the Director of the California Department of Corrections. Process directed to the Director was returned unserved because plaintiff failed to identify the Director as the person to be served on the USM-285 form he submitted. Plaintiff must fill out his USM-285 form accurately for the Director to be served.

          In accordance with the above, IT IS HEREBY ORDERED that:

          1. The Clerk of the Court is directed to send to plaintiff one USM-285 form, along with an instruction sheet and a copy of the complaint filed March 6, 2008;

1

1   2.  Within sixty days from the date of this order, plaintiff shall complete and
2 submit the attached Notice of Submission of Documents to the court, with the following
3 documents:
4            a.  One accurately completed USM-285 form for service of process upon
5                the Director of the California Department of Corrections and
6                Rehabilitation; and
7            b.  Two copies of the endorsed complaint filed March 6, 2008;
8 Plaintiff's failure to comply with this order will result in a recommendation that this action be
9 dismissed without prejudice.
10 DATED: July 18, 2008.

_____
U.S. MAGISTRATE JUDGE

1/mp
hick0511.8e

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL J. HICKS,

   Plaintiff,        No. CIV S-08-0511 GEB KJM P

 vs.

DIRECTOR, CALIFORNIA
DEPARTMENT OF CORRECTIONS
AND REHABILITATION,      NOTICE OF SUBMISSION

   Defendant.        OF DOCUMENTS
_____/

   Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

   __1__  completed USM-285 forms

   __2__  copies of the _March 6, 2008_
          Complaint

DATED:

                _____
                Plaintiff