IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL J. HICKS,

     Plaintiff,                      No. 2:08cv00511-GEB-KJM-P

     vs.

DIRECTOR, CALIFORNIA
DEPARTMENT OF CORRECTIONS
AND REHABILITATION,

     Defendants.                ORDER

_____/

         On June 30, 2008, the Magistrate Judge issued an order denying plaintiff's request for the appointment of counsel. On July 30, 2008, plaintiff filed a request for reconsideration of that order. Local Rule 72-303(b), states "rulings by Magistrate Judges shall be final if no reconsideration thereof is sought from the Court within ten court days . . . from the date of service of the ruling on the parties." E.D. Local Rule 72-303(b). Plaintiff's request for reconsideration of the magistrate judge's order of June 30, 2008 is therefore untimely.

/////

/////

/////

/////

1  Accordingly, IT IS HEREBY ORDERED that plaintiff's July 30, 2008 request for
2 reconsideration (#17) is denied.
3 Dated: August 4, 2008

GARLAND E. BURRELL, JR.
United States District Judge

hick0511.851