IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL J. HICKS,

        Plaintiff,                  No. CIV S-08-0511 GEB KJM P

    vs.

DIRECTOR, CALIFORNIA
DEPARTMENT OF CORRECTIONS
AND REHABILITATION, et al.,

        Defendants.             <u>ORDER</u>

                             /

        Plaintiff is a California prisoner proceeding pro se with an action for violation of civil rights under 42 U.S.C. § 1983.  On June 16, 2008, plaintiff filed a motion for a preliminary injunction.  Since no defendants have been served, petitioner's motion will be denied without prejudice to renewal after the Director of the California Department of Corrections and Rehabilitation is served with process.

/////

/////

/////

/////

/////

1       Accordingly, IT IS HEREBY ORDERED that plaintiff's June 16, 2008 motion
2  for a preliminary injunction (#10) is denied without prejudice to refiling after the Director of the
3  California Department of Corrections and Rehabilitation is served with process.
4  DATED:  August 20, 2008.

_____
U.S. MAGISTRATE JUDGE

1
hick0511.pi

2