IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL J. HICKS,

        Plaintiff,                        No. CIV S-08-0511 GEB KJM P

    vs.

DIRECTOR, CALIFORNIA
DEPARTMENT OF CORRECTIONS
AND REHABILITATION, et al.,

        Defendant.                   ORDER

_____/

        Plaintiff is a California prisoner proceeding pro se with an action for violation of civil rights under 42 U.S.C. § 1983. On July 8, 2008, plaintiff filed a motion, supported by an unverified declaration, asking that the court enter certain orders requiring prison officials to alter the manner in which they allow plaintiff to take actions related to the litigation of these proceedings. Plaintiff has not shown that such orders are necessary for plaintiff to pursue the claims presented in this action. His July 8, 2008 motion (#13) is denied.

DATED: August 25, 2008.

                                          U.S. MAGISTRATE JUDGE

1
hick0511.ll