IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL J. HICKS, | ) No. 08-cv-00511-SPK |
| Plaintiff, | ) |
| v. | ) |
| MATTHEW CATE, SECRETARY, CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, | ) |
| Defendant. | ) |

## ORDER DISMISSING ACTION

By order filed on April 23, 2009, this Court dismissed the Amended Complaint in this action, but granted 30-days leave to amend. On April 30, 2009, Plaintiff filed a motion for reconsideration of the dismissal. On June 26, 2009, the Court denied the motion for reconsideration. The June 26, 2009 Order Denying Reconsideration gave Plaintiff an additional three weeks to file a First Amended Complaint. That order indicated that if a First Amended Complaint was not filed,

the action would be closed.[1]

It has been nearly five months since the deadline and no First Amended Complaint has been filed. Accordingly, the file shall be closed and the action is DISMISSED. Judgment shall issue in favor of Defendant.

IT IS SO ORDERED.

DATED: December 18, 2009.

_____
Samuel P. King
Senior United States District Judge

---

[1] The docket reflects that instead of filing an amended complaint, Plaintiff filed, or attempted to file, an interlocutory appeal to the Ninth Circuit. That appeal (No. 09-16472) was dismissed by the Ninth Circuit on October 20, 2009 for failure to prosecute and failure to respond to a court order.

2